United States District Court
Southern District of Texas
FILED

MAR 1 5 2019

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DANNY G. SHAW, JR., et al, <br><br> Plaintiffs, <br> v. <br><br> THE UNITED MEXICAN STATES, et al, <br><br> Defendants. | Civil Action No. 7:18-cv-372 |

## PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE OF FEBRUARY 11, 2019

Plaintiffs Danny G. Shaw Jr. and Melissa Shaw hereby inform the Court, pursuant to its order of February 11, 2019, that they are in the process of retaining a local attorney to represent them on this matter, and that they are hopeful that the process will likely be completed in the next week to ten days or so. In the interim, Plaintiffs will proceed *pro se*.

Dated: March 14, 2019          Respectfully Submitted,

_____
Danny G. Shaw
*Pro Se*


_____
Melissa Shaw
*Pro Se*

1