United States District Court
Southern District of Texas
**ENTERED**
March 28, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Danny G Shaw, Jr. Et al | § |
| versus | § CIVIL ACTION No. 7:18cv372 |
| The United Mexican States, et al | § |

ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your <u>Plaintiff's Motion for Extension of Time to Serve Defendants (D.E. 14)</u>; however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).
2. ☐ Document does not comply with L.R.11.3.A.
3. ☐ Caption of the document is incomplete (L.R.10.1).
4. ☐ No certificate of service or explanation why service is not required (L.R. 5.3).
5. ☐ Motion does not comply with L.R.7
    a. ☐ No statement of opposition or non-opposition (L.R. 7.1.D(2)).
    b. ☐ No statement of conference between counsel (L.R. 7.1.D(1)).
    c. ☐ No separate proposed order attached (L.R. 7.1.C).
6. ☐ Motion to consolidate does not comply with L.R.7.6.
7. X Other: Does not include address including zip code under the signature (L.R. 11.3.A(5))

The document is stricken from the record.

Date: 3/28/19

*Ricardo H. Hinojosa*
RICARDO H. HINOJOSA
U.S. DISTRICT JUDGE