IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DANNY G. SHAW, JR., et al, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED MEXICAN STATES, et al, <br><br> Defendants. | Civil Action No. 7:18-cv-372 |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS

Plaintiffs Danny G. Shaw Jr. and Melissa Shaw respectfully request that the Court grant an additional ninety (90) days for Plaintiffs to serve Defendants The United Mexican States, The Free and Sovereign State of Tamaulipas, and the Tamaulipas State Police of Mexico. Plaintiffs have just discovered that this Court struck their previously submitted Motion for Extension of Time on March 28, 2019 because it did not comply with the Local Rules, as Plaintiffs received no notice of this order. No certificate of service or statement of opposition or non-opposition is provided since none of the Defendants have entered an appearance in this case.

Since this Court denied Mr. Larry Klayman's application to be admitted *pro hac vice* on February 11, 2019, after Plaintiffs and Mr. Klayman had been under the impression that he had been admitted, Dkt. # 8, Plaintiffs have been diligently attempting to secure counsel to represent them and are now close to reaching an agreement with an attorney who is admitted to practice in the Southern District of Texas. Due to Plaintiffs' lack of counsel, along with the inherent difficulties serving a foreign government, Plaintiffs require the additional ninety days to serve the Defendants, which is a complicated procedure, as Defendants are foreign entities and nation states.

1

Dated: May 16, 2019                                         Respectfully Submitted,

*[signature]*
Danny G. Shaw

*[signature]*
Melissa Shaw
304 W. Buffalo Street
Forney, TX 75126
Tel: 214-682-3979
Email: mrs.melissa.shaw@gmail.com
*Pro Se*